1  KAREN P. HEWITT
   United States Attorney
2  JOHN R. KRAEMER
   Assistant U.S. Attorney
3  California State Bar No. 110756
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-2934

6  Attorneys for Plaintiff
   United States of America

unsealed 6/02/08

ORDERED SEALED BY COURT

'08 MJ 1684

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION AND ORDER TO FILE |
| FRANK BERTOLINO III, | ) | CRIMINAL COMPLAINT, |
| DOMINICK BERTOLINO, | ) | AFFIDAVIT, AND ARREST WARRANTS |
| | ) | UNDER SEAL |
| Defendants. | ) | |

The United States, by and through its counsel, Karen P. Hewitt, United States Attorney, and John R. Kraemer, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the criminal complaint, affidavit in support thereof, and arrest warrants in the above-captioned matter until such time as the arrest warrants for Frank Bertolino III and Dominick Bertolino are executed, or until such time as otherwise ordered by the Court. It is further requested that this Court seal this motion and sealing order until further order of the Court.

DATED: MAY 27, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

JOHN R. KRAEMER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BERTOLINO III,<br>DOMINICK BERTOLINO,<br><br>    Defendants. | Magistrate No. 08MJ1684<br><br>ORDER SEALING COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS |

Upon application of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the criminal complaint, affidavit in support thereof, and arrest warrants in the above-captioned matter be sealed until the arrests warrants for both Frank Bertolino III and Dominick Bertolino are executed or until such time as the Court orders.

IT IS FURTHER ORDERED that a copy of motion for the sealing order and this Order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 5/28/08

United States Magistrate Judge