KAREN P. HEWITT
United States Attorney
JOHN R. KRAEMER
Assistant U.S. Attorney
California State Bar No. 110756
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2934 /(619) 557-3445
Email: john.kraemer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2107-W |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| BERTOLINO, et. al., | ) ) | |
| Defendant. | ) ) | |
| | ) ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| John R. Kraemer | 110756 | 619-557-2934 | john.kraemer@usdoj.gov |

1
2
3

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

4
5
6
7    DATED: July 2, 2008

8                                                              Respectfully submitted,

9                                                              KAREN P. HEWITT
                                                             United States Attorney

10                                                             <u>s/John R. Kraemer</u>
                                                             JOHN R. KRAEMER
11                                                             Assistant United States Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2107-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BERTOLINO, et. al., | ) | |
| Defendant. | ) | |

10  IT IS HEREBY CERTIFIED THAT:

11      I, JOHN R. KRAEMER, am a citizen of the United States and am at least eighteen years of
    age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
12

13      I am not a party to the above-entitled action.  I have caused service of **NOTICE OF
    APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of
14  the District Court using its ECF System, which electronically notifies them.

15  Daniel Martin Smith, Esq.

16  Thomas Paul Matthews, Esq.
    Kerry Lee Armstrong, Esq.

17

18      I declare under penalty of perjury that the foregoing is true and correct.

19
    Executed on July 2, 2008.
20

21                                                          /s/ John R. Kraemer

22                                                          JOHN R. KRAEMER
                                                            Assistant U.S. Attorney
23

24

25

26

27

28